AUSA: Abraham          Telephone:  (810) 965-8201
Task Force Officer: Warzywak          Telephone:  (517) 513-1100

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Marvin Neal Johnson

Case No. 4:20-mj-30496
Filed 11/25/2020
CMP USA v Marvin Neal Johnson

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 24, 2020 _____ in the county of _____ Saginaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matt Warzywak – TFO DEA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 25, 2020__

City and state: ____Flint, MI____

_____
*Judge's signature*

Curtis Ivy, Jr.
*Printed name and title*

**Affadavit in Support of Complaint**
**United States v. Marvin Neal Johnson**

I, Matt Warzywak, being duly sworn on oath, state as follows:

1.  The Michigan State Police, Tri-County Metro Narcotics Team (TCM) in conjunction with the Drug Enforcement Administration (DEA) started an investigation in the Fall of 2019 regarding Marvin Neal Johnson.  Marvin Johnson was identified as a supplier of methamphetamine to the greater Lansing, Michigan area.

2.  On November 24, 2020, DEA/TCM were conducting surveillance on Marvin Johnson who was located at the Best Western Davison Inn located at 10082 Lapeer Road Davison, MI 48423.  Marvin Johnson left the Best Western Davison Inn and travelled to 2404 Maplelawn Drive, Burton, Michigan and eventually returned to the Best Western Davison Inn.  Marvin Johnson was identified as driving a 2013 GMC Sierra (MI/EAN3836).  DEA/TCM continued surveillance and Marvin Johnson eventually proceeded onto I-69 travelling westbound.  DEA/TCM followed Marvin Johnson and he proceeded onto north I-475.  The 2013 GMC Sierra was heavily tinted on the front driver and passenger side windows and a moving violation was observed when he merged onto north-bound I-475 from west-bound I-69.

3.   The Michigan State Police (MSP) conducted a traffic stop on the vehicle in the County of Saginaw, Michigan on north-bound I-75 N/B at or near Rathbun Road.  The vehicle driven by Marvin Johnson was slow to come to a stop.  MSP Troopers approached the vehicle and made contact with the occupants.  Marvin Johnson was identified as the driver and Haley Orvis was identified as the passenger of the vehicle.

4.   Trooper Moore had a conversation with Marvin Johnson who eventually stated that he had firearms in the vehicle and advised he did not have a Concealed Pistol License.  Marvin Johnson eventually exited the vehicle at which time he advised he also had a firearm on his person.  MSP Troopers secured a Citadel .45 caliber semi-automatic pistol that was shoulder holstered close to or near to Johnson's chest.  The firearm had a loaded magazine seated with no rounds in the chamber.

5.   Marvin Johnson denied consent to search the vehicle at which time Trooper Schmerheim deployed his trained narcotics K-9 on the exterior of the vehicle.  Trooper Schmerheim's K-9 alerted to the front passenger side door area of the vehicle and a subsequent search of the vehicle was conducted.

6.   Inside the vehicle officers seized a UPS box from the middle front floorboard area of the vehicle.  The shipping label on the box was addressed to Marvin Johnson at 2404 Maplelawn Drive, Burton, MI 48519.  Inside the UPS box

was four cellophane/tinfoil wrapped packages containing a white crystal-like substance with a combined gross weight of 1,930.1 grams.  TCM detectives conducted a field test of all four separate packages utilizing the Tru-Narc Scanner at which time it indicated positive for methamphetamine.

7.  TCM detectives also located a small plastic baggie containing a white powder-like substance weighing 2.9 grams gross weight inside a purse located in the vehicle that contained Haley Orvis's Michigan Identification Card.  The white powder-like substance was field tested utilizing the Tru-Narc Scanner and indicated positive for methamphetamine.

8.  TCM detectives located a small plastic baggie containing a white powdery-like substance weighing 12.9 grams gross weight on the rear passenger side floorboard along with a digital scale.  The white powdery-substance was field tested utilizing the Tru-Narc Scanner and indicated positive for methamphetamine.

9.  TCM/MSP Troopers located a Ruger 9millimeter semi-automatic rifle on the rear floorboard in a case that had a loaded magazine seated with no rounds in the chamber.  MSP Troopers located a Keltec Sub2000, .40 caliber semi-automatic rifle that had a collapsible stock under the center counsel area on the seat that had a loaded magazine but no rounds in the chamber.  The rifle was in a position such that it was easily accessible to the driver or passenger of the vehicle.

10. I have been a Task Force Officer with the Drug Enforcement Administration since September of 2019. I am also a Detective/Sergeant with the Michigan State Police and have been employed with the MSP since 2004. I am currently assigned to a multi-jurisdictional drug task force known as the Tri-County Metro Narcotics Team (TCM), which is part of the First District of the MSP. I was previously assigned to the Jackson Narcotics Enforcement Team (JNET) from 2008 through 2010.  I have attended schools, seminars and lectures on drug enforcement and have participated in numerous narcotics investigations.  I know based on my training and experience that the quantity of methamphetamine possessed by Johnson is typically for distribution and not a user quantity.

_____

Matt Warzywak, Affiant
TFO, Drug Enforcement Administration

Sworn to before me and signed in my presence and/or by reliable electronic means on November 25, 2020.

_____

Curtis Ivy, Jr.
United States Magistrate Judge